```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8                   NORTHERN DISTRICT OF CALIFORNIA
 9
10  PROJECT SENTINEL,            )
                                 )
11          Plaintiff(s),        )    No. C04-3792 MJJ (BZ)
                                 )
12      v.                       )    INITIAL DISCOVERY ORDER
                                 )
13  RUTH BRIONES, et al.,        )
                                 )
14          Defendant(s).        )
                                 )
15  _____ )
```

16    All discovery in this matter has been referred to
17 United States Magistrate Judge Bernard Zimmerman.
18    In the event a discovery dispute arises, the parties
19 shall meet in person or, if counsel are outside the Bay
20 Area, by telephone and make a good faith effort to resolve
21 their dispute.  Exchanging letters or telephone messages
22 about the dispute is insufficient.  The Court will not read
23 subsequent positioning letters; parties shall instead make
24 a contemporaneous record of their meeting using a tape
25 recorder or a court reporter.
26    In the event they cannot resolve their dispute, the
27 parties must participate in a telephone conference with the
28 Court **before** filing any discovery motions or other papers.

```
 1  The party seeking discovery shall request a conference in a
 2  letter served on all parties not exceeding two pages (with
 3  no attachments) which briefly explains the nature of the
 4  action and the issues in dispute.  Other parties shall
 5  reply in similar fashion within two days of receiving the
 6  letter requesting the conference.  The Court will contact
 7  the parties to schedule the conference.
 8       After the conference with the Court, if filing papers
 9  is deemed necessary, they should be electronically filed
10  with the Clerk's Office, with one hard copy delivered
11  directly to Chambers (Room 15-6688).  A chambers copy of
12  all briefs shall be submitted on a diskette formatted in
13  WordPerfect 6, 8, 9 or 10.  The diskette shall be scanned
14  for virus before submission.
15  Dated: May 23, 2005
16                       /s/ Bernard Zimmerman
                            Bernard Zimmerman
17                     United States Magistrate Judge
18
    G:\BZALL\-REFS\PROJECT SENTINEL\INITIAL DISCOVERY.ORDER.wpd
19
```