1

2

3

4

5

6

7

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11

12  PROJECT SENTINEL,            )
                                 )
13          Plaintiff(s),        )       No. C04-3792 MJJ (BZ)
                                 )
14      v.                       )       Consolidated with:
                                 )
15  RUTH BRIONES, et al.,        )       No. C04-3793 MJJ (BZ)
                                 )
16          Defendant(s).        )
    _____ )
17  VICTOR NEWMAN,               )       **ORDER COMPELLING FURTHER**
                                 )       **DISCOVERY**
18          Plaintiff(s),        )
                                 )
19      v.                       )
                                 )
20  RUTH BRIONES, et al.,        )
                                 )
21          Defendant(s).        )
    _____ )
22

23      Having reviewed the papers filed by both sides, **IT IS**

24  **HEREBY ORDERED** as follows:

25      1.  Plaintiff's motion to compel further answer to

26  Interrogatory No. 7 as to defendants Glass Trust (Glass),

27  Baum Trust (Baum), and J. Sosnick & Sons (Sosnick) is **GRANTED**

28  to extent it seeks information about any other property

1

1    managed by Ruth Briones and **DENIED** in all other respects.

2    Plaintiff has not established that information about any

3    property other than one managed by Briones is relevant to any

4    claim or defense in this action.

5         2.   Plaintiff's motion to compel further answer to

6    Interrogatory No.8 as to Glass, Baum and Sosnick is **GRANTED**

7    to the extent that each defendant must state its present net

8    worth and **DENIED** without prejudice in all other respects.

9    This information shall be disclosed to plaintiff's counsel

10   only pursuant to an appropriate protective order.  If after

11   receiving the answer, plaintiff's counsel doubt the accuracy

12   of the information, or believe they need further information,

13   they may renew their request for further detail by sending a

14   letter to the court pursuant to my initial discovery order

15   expressing their doubts.

16        3.   Plaintiff's motion to compel further answer to

17   Interrogatory No. 8 as to defendant Briones is **GRANTED** to the

18   extent she is required to identify any other rental property

19   she has owned in part or in full since January 1, 2000 and

20   **DENIED** in all other respects.

21        4.   Plaintiff's motion to compel further answer to

22   Interrogatory No. 9 as to Briones is **GRANTED** to the extent

23   that she shall provide her net worth to plaintiff's counsel

24   pursuant to a protective order and **DENIED** without prejudice

25   in all other respects for the reasons given in paragraph 2.

26        5.   Plaintiff's motion to compel Glass, Baum and Sosnick

27   to produce documents in response to Requests No. 21, 22, and

28   23 is **DENIED** without prejudice to being renewed if plaintiff

2

1   is not satisfied with the net worth information it receives.

2       6.   Plaintiff's motion to compel Briones to produce

3   further documents in response to Requests 19, 20, 21, 22 and

4   23 is **DENIED** without prejudice to being renewed if plaintiff

5   is not satisfied with the net worth information it receives.

6       Further answers are due from the individual defendants

7   by **August 1, 2005** and from Sosnick by **September 1, 2005.**

8   Dated:  July 6, 2005

9

10  _____

11          Bernard Zimmerman
          United States Magistrate Judge

12  G:\BZALL\-REFS\PROJECT SENTINEL\DISCOVERY3.ORDER.wpd

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28