BRANCART & BRANCART
   Christopher Brancart (SBN 128475)
   Liza Cristol-Deman (SBN 190516)
Post Office Box 686
Pescadero, CA 94060

Tel:  (650) 879-0141
Fax:  (650) 879-1103

Attorneys for Plaintiff Project Sentinel

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| PROJECT SENTINEL, individually and on behalf of the GENERAL PUBLIC,<br><br>    Plaintiff,<br><br>    vs.<br><br>RUTH BRIONES, et al.,<br><br>    Defendants. | Lead Case No. C-04-03792 MJJ<br><br>**Consolidated with:** |
| VICTOR NEWMAN, individually and on behalf of the GENERAL PUBLIC,<br><br>    Plaintiff,<br><br>    vs.<br><br>RUTH BRIONES, et al.,<br><br>    Defendants. | Case No. C-04-03793 MJJ<br><br>JOINT APPLICATION AND STIPULATION TO MODIFY PROTECTIVE ORDER; [PROPOSED] ORDER |

    On July 6, 2005, Magistrate Judge Bernard Zimmerman issued an order granting in part plaintiff Project Sentinel's motion to compel net worth discovery. Magistrate Judge Zimmerman's order compelling further discovery directed the disclosure of that net worth information pursuant to an "appropriate protective order."

    This joint application and stipulation seeks to modify the protective order already issued in this case by designating defendants' net worth information as confidential.

**JOINT APPLICATION AND STIPULATION TO MODIFY PROTECTIVE ORDER); [PROPOSED] ORDER – LEAD CASE NO. C-04-03792 MJJ**

A modified protective order, approved by the parties, is attached hereto.

So stipulated.

Respectfully submitted,

BRANCART & BRANCART

Dated: ~~July~~ Aug 4, 2005

_____
Liza Cristol-Deman
Attorney for Plaintiff Project Sentinel


COLE & FASANO

Dated: July ___, 2005

*See attached*
_____
Rufus L. Cole
Attorney for Plaintiff Victor Newman


MCNAMARA, DODGE, NEY, BEATTY, SLATTERY & PFALZER LLP

Dated: July ___, 2005

*see attached*
_____
Noah G. Blechman
Attorney for All Defendants

JOINT APPLICATION AND STIPULATION TO MODIFY PROTECTIVE ORDER); [~~PROPOSED~~] ORDER – LEAD CASE NO. C-04-03792 MJJ

2

A modified protective order, approved by the parties, is attached hereto.

So stipulated.

Respectfully submitted,

BRANCART & BRANCART

Dated: July ___, 2005

_____
Liza Cristol-Deman
Attorney for Plaintiff Project Sentinel

COLE & FASANO

Dated: ~~July~~ Aug 3, 2005

_____
Rufus L. Cole
Attorney for Plaintiff Victor Newman

MCNAMARA, DODGE, NEY, BEATTY, SLATTERY & PFALZER LLP

Dated: July ___, 2005

_____
Noah G. Blechman
Attorney for All Defendants

JOINT APPLICATION AND STIPULATION TO MODIFY PROTECTIVE ORDER); ~~[PROPOSED]~~ ORDER – LEAD CASE NO. C-04-03792 MJJ

1    A modified protective order, approved by the parties, is attached hereto.

2      So stipulated.

3                                    Respectfully submitted,

4                                    BRANCART & BRANCART

5

6    Dated: July ___, 2005

7                                    _____
                                       Liza Cristol-Deman
8                                    Attorney for Plaintiff Project Sentinel

9

10                                   COLE & FASANO

11 Dated: July ___, 2005

12

13                                   _____
                                  Rufus L. Cole
14                                   Attorney for Plaintiff Victor Newman

15                                   MCNAMARA, DODGE, NEY, BEATTY,
                                  SLATTERY & PFALZER LLP
16 Dated: ~~July~~ August 4, 2005

17

18                                   Noah G. Blechman
                                  Attorney for All Defendants

19

20

21

22

23

24

25

26

27

28

JOINT APPLICATION AND STIPULATION TO MODIFY PROTECTIVE ORDER); [PROPOSED] ORDER
– LEAD CASE NO. C-04-03792 MJJ                                                                                                                     2

## MODIFIED PROTECTIVE ORDER

**IT IS HEREBY ORDERED THAT:**

1. The Protective Order issued by the Court on January 28, 2005 is hereby modified to designate the following information as "Confidential Information":

    (a) Defendants' net worth.

2. The Confidential Information described above is properly subject to protection under Rule 26(c) of the Federal Rules of Civil Procedure and Magistrate Judge Bernard Zimmerman's order compelling further discovery, dated July 6, 2005.

3. All other terms and provisions of the Court's previously issued Protective Order apply to this Confidential Information. However, the net worth information protected under the terms of this modification shall be for attorneys' eyes only. Such confidential net worth information shall not be disclosed or communicated to anyone, orally or in writing, other than counsel for plaintiffs, and shall not be disclosed to plaintiffs themselves or third-parties at any time.

IT IS SO ORDERED.

DATED: 8/10, 2005.



Honorable Judge Martin J. Jenkins
United States District Judge

JOINT APPLICATION AND STIPULATION TO MODIFY PROTECTIVE ORDER); [PROPOSED] ORDER – LEAD CASE NO. C-04-03792 MJJ

# ATTACHMENT 1
## NON-DISCLOSURE AGREEMENT

I, _____, do solemnly swear that I am fully familiar with the terms of the stipulated protective order entered in <u>Project Sentinel and Victor Newman v. Ruth Briones et al.</u>, United States District Court, Northern District of California, Lead Case Number C-04-3792 MJJ, and hereby agree to comply with and be bound by the terms and conditions of this order unless and until modified by further order of this Court. I hereby consent to the jurisdiction of this Court for the purpose of enforcing this order.

Dated: _____.

_____
Signature

JOINT APPLICATION AND STIPULATION TO MODIFY PROTECTIVE ORDER); [PROPOSED] ORDER – LEAD CASE NO. C-04-03792 MJJ

4