1  BRANCART & BRANCART
     Christopher Brancart (SBN 128475)
2    Liza Cristol-Deman (SBN 190516)
   Post Office Box 686
3  Pescadero, CA   94060

4  Tel:   (650) 879-0141
   Fax:  (650) 879-1103
5
   Attorneys for Plaintiff Project Sentinel

FILED

FEB 1 5 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| PROJECT SENTINEL, | Case No. C-04-03792 MJJ |
|---|---|
| Plaintiff, | ~ Consolidated With ~ |
| vs. | Case No. C-04-03793 MJJ |
| RUTH BRIONES, et al., | JOINT APPLICATION AND STIPULATION RE DISMISSAL; [~~PROPOSED~~] ORDER |
| Defendants, | |
| VICTOR NEWMAN, | |
| Plaintiff, | |
| vs. | |
| RUTH BRIONES, et al., | |
| Defendants. | |

///
///
///
///
///
///

JOINT APPLICATION AND STIPULATION RE DISMISSAL; [PROPOSED] ORDER;
LEAD CASE NO. C-04-03792 MJJ

1   The parties hereby apply for and stipulate to issuance of an order dismissing this
2   action with prejudice subject to the terms of the settlement agreement and release
3   signed by the parties.
4       So stipulated.
5                                               Respectfully submitted,
6   Dated: February 9, 2006.                    BRANCART & BRANCART
7
8                                               _____
                                                Liza Cristol-Deman
9                                               Attorneys for Plaintiff Project Sentinel
10
    Dated: February 9, 2006.                    MCNAMARA, DODGE, NEY, BEATTY,
11                                              SLATTERY & PFALZER LLP
12
13                                              _____
                                                Noah G. Blechman
14                                              Attorney for All Defendants
15                          * * * * *
16                          [PROPOSED] ORDER
17      Based upon the foregoing application and stipulation, and good cause appearing
18  therefor, it is hereby ordered that this action is dismissed with prejudice subject to the
19  terms of the settlement agreement and release signed by the parties.
20      IT IS SO ORDERED.
21      Dated: February 15, 2006.
22
23                                              _____
                                                Honorable Martin J. Jenkins
24                                              United States District Judge
25
26
27
28

JOINT APPLICATION AND STIPULATION RE DISMISSAL; [PROPOSED] ORDER;
LEAD CASE NO. C-04-03792 MJJ                                                              2